IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Brionté McCorkle,** et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Brad Raffensperger,** in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:24-cv-3137-WMR <br><br> **Plaintiffs' Notice of Appeal** |

Notice is hereby given that the plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit from the district court's order granting the defendants' motion to dismiss and denying the plaintiffs' motion for a preliminary injunction (ECF 20) and judgment (ECF 21) entered on January 13, 2025.

Respectfully submitted this 13th day of January, 2025.

**/s/ Bryan L Sells**
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com


**/s/ Lester Tate**
Samuel Lester Tate, III
Georgia Bar No. 698835
Akin & Tate, PC
Post Office Box 878
11 South Public Square
Cartersville, Georgia 30120
(770) 382-0780
lester@akin-tate.com


*Attorneys for the Plaintiffs*

## Certificate Of Compliance

I hereby certify that the foregoing document was prepared in 13-point Century Schoolbook in compliance with Local Rules 5.1(C) and 7.1(D).


**/s/ Bryan L. Sells**
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com